IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01900-ZLW-KLM

DAVID RITZ,

    Plaintiff,

v.

BANK OF AMERICA HOME LOANS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Petition for Temporary Injunction** [Docket No. 4; Filed August 10, 2010] (the "Motion"). The Motion does not contain a certification that it was served upon Defendant as required by Fed. R. Civ. P. 65(a)(1) (requiring notice to the opposing party) and D.C.COLO.LCivR 5.1G. (requiring certificate of service that the motion was served upon opposing party). Regardless that Plaintiff is proceeding *pro se*, he is required to comply with the rules of this Court. *Green v. Dorell*, 969 F.2d 915, 917 (10th Cir. 1992). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** to Plaintiff refiling his request in compliance with the Federal and Local Rules of Civil Procedure.


    Dated: August 18, 2010