## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01900-ZLW-KLM

David Ritz,

Plaintiff,

vs.

BANK OF AMERICA HOME LOANS,

Defendant.

_____

### MOTION TO DISMISS WITHOUT PREJUDICE
_____

COMES NOW the Plaintiff, David Ritz, by and through counsel, Gary D. Fielder, Esq., and respectfully moves this Court for an Order dismissing the within action without prejudice; and

AS GROUNDS THEREFOR, the Plaintiff states:

1. After consideration, the Plaintiff, David Ritz, upon advice of counsel, has decided to seek remedy in state Court.

2. Accordingly, the Plaintiff respectfully requests that this Court issue an order dismissing the current action without prejudice.

3. No costs have been incurred by the Defendant, and Plaintiff has paid his costs to date.

4. Defendant has not been prejudiced in any way.

WHEREFORE, the Plaintiff, through counsel, requests the Court dismiss the within action without prejudice, and for such other relief as the Court deems just and proper.

Dated this 18th day of January, 2011.

>Respectfully submitted,
>
>*s/ Gary D. Fielder*
>Gary D. Fielder, #19757
>LAW OFFICE OF GARY D. FIELDER
>5777 Olde Wadsworth Boulevard, #R700
>Arvada, CO 80002
>(303) 650-1505
>
>Attorney for Plaintiff David Ritz