IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01900-ZLW-KLM

DAVID RITZ,

    Plaintiff,

v.

BANK OF AMERICA HOME LOANS,

    Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: January __18__, 2011

    It is ORDERED that Plaintiff's Motion To Dismiss Without Prejudice (Doc. No. 21; Jan. 18, 2011) is treated as a dismissal of this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).